Case 1:22-cv-09354-VEC   Document 64   Filed 01/05/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2023

**MEMO ENDORSED**

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*

―――――

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
LOUISE FASANO
ANNE P. EDELMAN
ABRAHAM WARMBRAND
LAURA ALTO

―――――

**ASSOCIATES**
GABRIELLA CAMPIGLIA
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
MICHAEL R. SEIDON
ANDRÉ S. HAYNES
JOSHUA A. SCERBO°

**WRITER'S E-MAIL:**
SVERVENIOTIS@MSSSV.COM

**WRITER'S DIRECT DIAL:**
516-741-8488

January 5, 2023

<u>VIA ECF</u>
Honorable Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re: Falls Lake Nat. Ins. Co. v. Best Interior Solution, Inc. et al
        Docket No: 1:22-cv-09354-VEC
        <u>Our File No: 22-042</u>

Dear Judge Caproni:

  We represent the plaintiff Falls Lake National Insurance Company ("Falls Lake") in this matter, and we write to Your Honor, with consent of all parties that have appeared, to submit a joint letter in accordance with your Honor's November 3, 2022 Order. The case, briefly stated, concerns a denial of insurance coverage based upon several policy provisions in a policy of insurance issued by plaintiff to Best Interior Solution, Inc. as it pertains to property damage alleged at Units 17, 19, and 20 and the common areas located at 301 E. 81st Street, New York, NY 10028 (hereinafter referred to as "Beckford House") claimed to have been caused by work performed by Best Interior. The basis for subject matter jurisdiction is diversity jurisdiction. This is the parties first request for extension of the deadline to submit a joint letter and to extend the time period for the Initial Pretrial Conference scheduled for January 13, 2023, each by thirty (30) days.

  By Order dated November 3, 2022, the parties were directed to hold a January 13, 2023 Initial Pretrial Conference and to submit a joint letter by January 5, 2023. The basis for the adjournment and extension sought is that not all parties have appeared or answered and that the parties seek to amend the caption to include only the relevant parties of interest. On the latter

**MIRANDA SLONE SKLARIN VERVENIOTIS** LLP

---

JANUARY 5, 2023
PAGE 2 OF 2

aspect, plaintiff in in the process of working out a stipulation with the parties to discontinue without prejudice as to Privilege Underwriters Reciprocal Exchange on the basis that its insureds, Moneesha A. Sani 2019 Revocable Trust and Broderick Storie, are the real parties in interest and are named in the lawsuit at issue.

Accordingly, the parties seek to adjourn the relevant deadlines by thirty (30) days so that the January 13, 2023 Initial Pretrial Conference is extended to February 12, 2023 (I will be out of the county in the earlier weeks in February) and that the January 5, 2023 deadline submit a joint letter is extended to February 3, 2023. We ask for this extension so that all of the relevant parties have an opportunity to appear/answer and participate as to the discovery and other proceedings to be scheduled in this matter.

Respectfully submitted,
**Miranda Slone Sklarin Verveniotis LLP**

s/Steven Verveniotis

Steven Verveniotis

cc: Counsel by ECF.

---

The Initial Pretrial Conference scheduled for Friday, January 13, 2023 at 10:00 A.M. is hereby adjourned until **Friday, February 10, 2023 at 10:00 A.M.** The deadline for the parties to submit a joint letter and case management plan as set forth in Dkt. 30 is hereby extended from Thursday, January 5, 2023 until **Thursday, February 2, 2023**.

SO ORDERED.

01/05/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE