Case 1:22-cv-09354-VEC   Document 69   Filed 01/10/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2023



**MEMO ENDORSED**

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*

―――――
*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
LOUISE FASANO
ANNE P. EDELMAN
ABRAHAM WARMBRAND
LAURA ALTO

**ASSOCIATES**
GABRIELLA CAMPIGLIA
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
MICHAEL R. SEIDON
ANDRÉ S. HAYNES
JOSHUA A. SCERBO°

WRITER'S E-MAIL:
sverveniotis@msssv.com

WRITER'S DIRECT DIAL:
516-741-8488

January 10, 2023

VIA ECF
Honorable Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

     Re: Falls Lake Nat. Ins. Co. v. Best Interior Solution, Inc. et al
        Docket No: 1:22-cv-09354-VEC
        Our File No: 22-042

Dear Judge Caproni:

   I represent the plaintiff Falls Lake National Insurance Company ("Falls Lake") in this matter, and further to my prior letter to Your Honor, I write to correct a typo as to the date that I asked for adjournment of the Initial Pretrial Conference. I am not available on February 10 and my prior reference to February 12 was a typo, as I intended to say that I am available February 22 and after for the Initial Pretrial Conference. I apologize for my mistake and the resulting confusion. I ask if the Court can reschedule the Initial Pretrial Conference to February 22 or a date after that date.

         Respectfully submitted,
         **Miranda Slone Sklarin Verveniotis LLP**

         s/Steven Verveniotis

         Steven Verveniotis

cc: Counsel by ECF.

Application GRANTED.  The Initial Pre-Trial Conference scheduled for Friday, February 10, 2023 at 10:00 A.M. is hereby adjourned until **Friday, February 24, 2023 at 10:00 A.M.**  The deadline for the parties to submit a joint letter and case management plan as set forth in Dkt. 30 is hereby extended from Thursday, February 2, 2023 until **Thursday, February 16, 2023**.

SO ORDERED.

01/10/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE