Case 1:22-cv-09354-VEC-VF   Document 81   Filed 03/16/23   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE COMPANY,

                        Plaintiff,

BEST INTERIOR SOLUTION, INC., ARTHUR J. BURKE, 301 EAST 81ST PH 20 INC., PROFESSIONAL INTERIOR CONTRACTING, INC., SHWETA RAWAT, MONEESHA A. SANI 2019 REVOCABLE TRUST, BRODERICK STORIE, PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, GREATER NY INSURANCE COMPANY, STUDIO SOFIELD, INC., ICON REALTY MANAGEMENT LLC, 301 EAST 80TH REALTY LLC and 1562/1564 SECOND REALTY LLC,

                        Defendants,
-------------------------------------------------------------------X

CIV:1:22-cv-09354-VEC

**STIPULATION TO AMEND CAPTION AND OF DISCONTINUANCE AS TO PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to defendant, PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, without prejudice, without costs to either party as against the other as the real parties in interest are PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE's insureds, MONEESHA A. SANI 2019 REVOCABLE TRUST and BRODERICK STORIE, which are named in the action; and,

IT IS FURTHER STIPULATED AND AGREED that all claims and allegations referencing PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE pertain to its insureds,

1

MONEESHA A. SANI 2019 REVOCABLE TRUST and BRODERICK STORIE, which are named in the action; and,

IT IS FURTHER STIPULATED AND AGREED, by and between the attorneys of record for all parties to the above entitled action that the caption of the case herein be amended as set forth below:  [The Clerk of Court is respectfully directed to amend the caption as set forth below:]

---------------------------------------------------------------------------------
FALLS LAKE NATIONAL INSURANCE COMPANY,

            Plaintiff,

- against –

BEST INTERIOR SOLUTION, INC., ARTHUR J. BURKE, 301ST 81ST PH 20 INC., PROFESSIONAL INTERIOR CONTRACTING, INC., SHWETA RAWAT, MONEESHA A. SANI 2019 REVOCABLE TRUST, BRODERICK STORIE, GREATER NY INSURANCE COMPANY, STUDIO SOFILED, INC., ICON REALTY MANAGEMENT LLC, 301 EAST 80TH REALTY LLC and 1562/1564 SECOND REALTY LLC,

            Defendants.
---------------------------------------------------------------------------------

Dated: March 16, 2023

| MIRANDA SLONE SKLARIN VERVENIOTIS LLP | HURWITZ FINE P.C |
|---|---|
| By:   s/Steven Verveniotis<br>    Steven Verveniotis, Esq.<br>    *Attorneys for Plaintiff,*<br>    FALLS LAKE NATIONAL<br>    INSURANCE COMPANY<br>    240 Mineola Boulevard<br>    The Esposito Building<br>    Mineola, New York 11501<br>    (516) 741-7676<br>    File No.: 22-042<br>    sverveniotis@msssv.com | By:   s/Dan D. Kohane<br>    Dan D. Kohane, Esq.<br>    *Attorneys for Defendants,*<br>    MONEESHA A. SANI 2019<br>    REVOCABLE TRUST,<br>    BRODERICK STORIE, and<br>    PRIVILEGE UNDERWRITERS<br>    RECIPROCAL EXCHANGE<br>    The Liberty Building<br>    424 Main Street, Suite 1300<br>    Buffalo, New York 14202<br>    (716) 849-8900<br>    ddk@hurwitzfine.com |

| | |
|---|---|
| CULLEN AND DYKMAN, LLP | BRAVERMAN GREENSPUN, P.C |

By: s/Christine Shyu
    Christine Shyu, Esq.
    *Attorneys for Defendants,*
    PROFESSIONAL INTERIOR
    CONTRACTING and BEST
    INTERIOR SOLUTIONS INC.
    One Battery Park Plaza, 34th Floor
    New York, New York 10004
    (212) 732-2000
    cshyu@cullenllp.com

By: s/Michael A. Savino
    Michael A. Savino, Esq.
    *Attorneys for Defendant,*
    ARTHUR J. BURKE
    110 East 42nd Street, 17th Floor
    New York, New York 10017
    Telephone: (212) 682-2900
    Facsimile: (212) 682-7718
    msavino@braverlaw.net

FOLEY & LARDNER LLP

LEVY SONET & SIEGEL, LLP

By: s/Douglas S. Heffer
    Douglas S. Heffer, Esq.
    *Attorneys for Defendants,*
    301 EAST 81ST PH 20 INC. and
    SHWETA RAWAT
    90 Park Avenue
    New York, NY 10013
    Telephone: (212) 338-3418
    Email: dheffer@foley.com

By: s/Steven G. Sonet
    Steven G. Sonet, Esq.
    *Attorneys for Defendant*
    Studio Sofield, Inc.
    630 Third Avenue, 21st Floor
    New York, NY 10017
    (212) 661-1212

**SO ORDERED:** 03/16/2023

_[signature: Valerie Caproni]_
**SDNY**