USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/29/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                                      Plaintiff,

-against-

BEST INTERIOR SOLUTIONS INC., ARTHUR J.
BURKE, 301 EAST 81ST PH 20 INC., PROFESSIONAL
INTERIOR CONTRACTING, INC., SHWETA RAWAT,
MONEESHA A. SANI 2019 REVOCABLE TURST,
BRODERICK STORIE, PRIVILEGE UNDERWRITERS
RECIPROCAL EXCHANGE, GREATER NY INSURANCE
COMPANY, STUDIO SOFIELD, INC., ICON REALTY
MANAGEMENT LLC, 301 EAST 80TH REALTY LLC and
1562/1564 SECOND REALTY LLC,

                                      Defendants,
-------------------------------------------------------------------------X

CIV: 22-cv-09354

**STIPULATION
AND ORDER OF
DISMISSAL AS TO GNY**

      Plaintiff FALLS LAKE NATIONAL INSURANCE COMPANY ("FALLS LAKE") and defendant GREATER NY INSURANCE COMPANY ("GNY"), agree as follows:

      **WHEREAS**, FALLS LAKE has filed this action naming GNY as a defendant;

      **WHEREAS**, GNY acknowledges that notice and a claim for property damage was submitted and withdrawn to GNY; and

      **WHEREAS**, defendant GNY has no subrogation interest in the matter captioned <u>Arthur J. Burke v. 301 East 81st PH 20 Inc., Professional Interior Contracting, Inc. and Best Interior Solutions, Inc.</u>, which is pending in the Supreme Court of the State of New York, County of New York, under Index Number 154914/2022 (the "Burke Action") or the events of January 5, 2022, because the claim submitted to GNY was withdrawn and GNY closed its file without any payment; and

1

**WHEREAS**, FALLS LAKE agrees, based upon that representation by GNY, to discontinue this action as to GNY only, without prejudice and without attorney's fees or costs to either side;

**NOW THEREFORE**, it is hereby **STIPULATED, ORDERED AND ADJUDGED** as follows:

**WHEREAS** no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the claims in the above entitled action as against GNY are hereby discontinued, without prejudice and without costs to either party as against the other, and this stipulation may be filed without further motion or notice with the clerk of the Court.

Dated: March 28, 2023

MIRANDA SLONE SKLARIN VERVENIOTIS LLP

By: _____
Steven Verveniotis, Esq.
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676
*Attorneys for Plaintiff*
FALLS LAKE NATIONAL INSURANCE COMPANY

LEWIS BRISBOIS

By: _____
Michael Jacobson, Esq.
77 Water Street, 21st Floor
New York, NY 10005
(212) 232-1366
*Attorneys for Defendant*
GREATER NY INSURANCE

**SO ORDERED:**

_____ 03/29/2023
**SDNY Hon. Valerie Caproni**

2