USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                                       Plaintiff,

        -against-

BEST INTERIOR SOLUTIONS INC., ARTHUR J.
BURKE, 301 EAST 81ST PH 20 INC., PROFESSIONAL
INTERIOR CONTRACTING, INC., SHWETA RAWAT,
MONEESHA A. SANI 2019 REVOCABLE TURST,
BRODERICK STORIE, PRIVILEGE UNDERWRITERS
RECIPROCAL EXCHANGE, GREATER NY INSURANCE
COMPANY, STUDIO SOFIELD, INC., ICON REALTY
MANAGEMENT LLC, 301 EAST 80TH REALTY LLC and
1562/1564 SECOND REALTY LLC,

                                       Defendants,
-------------------------------------------------------------------------X

CIV: 22-cv-09354

**STIPULATION AND ORDER AS TO STUDIO SOFIELD, INC.**

        Plaintiff FALLS LAKE NATIONAL INSURANCE COMPANY ("FALLS LAKE") and defendant STUDIO SOFIELD, INC. ("STUDIO SOFIELD"), agree as follows:

        **WHEREAS**, FALLS LAKE has filed this action seeking a declaration as to the denial of coverage to all defendants in this action under general liability policy number SKP 2003601 13, issued by FALLS LAKE to BEST INTERIOR SOLUTIONS INC. for the policy period of August 24, 2021 to August 24, 2022, as to all claims arising work performed at 301 E. 81st Street, New York, NY 10028, including the property damage claims asserted in an action captioned <u>Arthur J. Burke v. 301 East 81st PH 20 Inc., Professional Interior Contracting, Inc. and Best Interior Solutions, Inc.</u>, which is pending in the Supreme Court of the State of New York, County of New York, under Index Number 154914/2022; and

        **WHEREAS**, STUDIO SOFIELD has filed an answer in this action and has asserted that it has no present claim, under policy number SKP 2003601 13, seeking compensation for property damage at 301 E. 81st Street, New York, NY 10028; and

1

**WHEREAS**, defendant FALLS LAKE and STUDIO SOFIELD have agreed to resolve all issues as between them in this action without prejudice and without costs or attorney's fees to either side and,

**WHEREAS** counsel for Studio Sofield has agreed to accept service of a subpoena for documents in this action;

**NOW THEREFORE**, it is hereby **STIPULATED, ORDERED AND ADJUDGED** as follows:

a) The claims in the above entitled action as against Studio Sofield are hereby is dismissed and discontinued, without prejudice and without costs to either party as against the other; and,

b) counsel for Studio Sofield will accept service of a subpoena issued in accordance with FRCP 45 in this action.

Dated: March 30, 2023

MIRANDA SLONE SKLARIN
VERVENIOTIS LLP

By: _____
Steven Verveniotis, Esq.
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-7676
*Attorneys for Plaintiff*
FALLS LAKE NAT. INS. CO.

LEVY SONET & SIEGEL, LLP

By: _____
Steven G. Sonet, Esq.
630 Third Avenue
New York, NY 10017
(212) 661-1212
*Attorneys for Defendant*
STUDIO SOFIELD, INC.

**SO ORDERED:**

_Valerie Caproni_   03/30/2023
_____
**HON. VALERIE CAPRONI, USDJ**

2