USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                                Plaintiff,

         -against-                        22-CV-9354 (VEC)

BEST INTERIOR SOLUTIONS INC., ARTHUR      ORDER
J. BURKE, 301 EAST 81ST PH 20 INC.,
PROFESSIONAL INTERIOR CONTRACTING,
INC., SHWETA RAWAT, MONEESHA SANI
2019 REVOCABLE TRUST, BRODERICK
STORIE, PROFESSIONAL INTERIOR
CONTRACTING, INC., ICON REALTY
MANAGEMENT LLC, 301 EAST 80TH REALTY
LLC AND 1562/1564 SECOND REALTY LLC,

                               Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 24, 2023, Defendants Best Interior Solution, Inc., Professional Interior Contracting, Inc., Moneesha Sani 2019 Revocable Trust, and Broderick Storie filed a letter requesting the Court's intervention to ensure Plaintiff's production of its claim file and underwriting file, as well as its response to an interrogatory demand, *see* Letter, Dkt. 90; and

       WHEREAS on July 26, 2023, the parties appeared before the Court to discuss Defendants' request (the "Conference");

       IT IS HEREBY ORDERED that for the reasons stated at the Conference, Defendants' request is DENIED as moot.

       IT IS FURTHER ORDERED that Defendants must produce supplemental discovery, including regarding their occupation of the condominium units at issue, in response to Plaintiff's request not later than **Friday, August 4, 2023**.

IT IS FURTHER ORDERED that the Court will refer the parties to Magistrate Judge Figueredo for a settlement conference by separate order. Discovery remains ongoing; the fact discovery deadline is September 22, 2023.

**SO ORDERED.**

Date:  July 26, 2023
       New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**