USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                            Plaintiff,

          -against-                        22-CV-9354 (VEC)

BEST INTERIOR SOLUTIONS INC., ARTHUR    ORDER
J. BURKE, 301 EAST 81ST PH 20 INC.,
PROFESSIONAL INTERIOR CONTRACTING,
INC., SHWETA RAWAT, MONEESHA SANI
2019 REVOCABLE TRUST, BRODERICK
STORIE, PROFESSIONAL INTERIOR
CONTRACTING, INC., ICON REALTY
MANAGEMENT LLC, 301 EAST 80TH REALTY
LLC AND 1562/1564 SECOND REALTY LLC,

                            Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 13, 2023, the parties appeared before the Court for a discovery conference (the "Conference");

IT IS HEREBY ORDERED that for the reasons stated at the Conference, the fact discovery deadline is extended from Tuesday, September 19, 2023, to **Friday, October 13, 2023**. The status conference scheduled for Friday, September 22, 2023, at 10:00 A.M. is adjourned until **Friday, October 20, 2023, at 10:00 A.M.** The parties' joint pre-conference letter as set forth at Docket Entry 80 is due not later than **Tuesday, October 17, 2023**.

IT IS FURTHER ORDERED that for the reasons stated at the Conference, not later than **Friday, September 22, 2023**, Defendant Best Interior Solutions Inc. ("Best") must produce an affidavit to Plaintiff stating that it had no subcontractors working for it at Beckford House on

January 5, 2022, and that all individuals working on the job in Unit 20 were employees of Best; Plaintiff's request for any further discovery regarding Best's subcontractors is DENIED.

IT IS FURTHER ORDERED that for the reasons stated at the Conference, not later than **Wednesday, September 27, 2023**, Defendant Professional Interior Contracting, Inc., and any Defendant(s) seeking to join its application, may file a joint letter motion, **not to exceed three pages**, requesting a renewed Federal Rule 30(b)(6) deposition from Plaintiff; the motion must include as an exhibit the transcript of the 30(b)(6) deposition that was previously taken. Plaintiff's response, **not to exceed three pages**, is due not later than **Friday, October 6, 2023**.

**SO ORDERED.**

Date: September 13, 2023
      New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**