USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

FALLS LAKE NATIONAL INSURANCE COMPANY,

                 Plaintiff,

-against-

BEST INTERIOR SOLUTIONS INC., ARTHUR J. BURKE, 301 EAST 81ST PH 20 INC., PROFESSIONAL INTERIOR CONTRACTING, INC., SHWETA RAWAT, MONEESHA SANI 2019 REVOCABLE TRUST, BRODERICK STORIE, PROFESSIONAL INTERIOR CONTRACTING, INC., ICON REALTY MANAGEMENT LLC, 301 EAST 80TH REALTY LLC AND 1562/1564 SECOND REALTY LLC,

                 Defendants.

------------------------------------------------------------- X

22-CV-9354 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 20, 2023, the parties appeared before the Court for a discovery conference (the "Conference");

IT IS HEREBY ORDERED that for the reasons stated at the Conference, the letter motion for a renewed 30(b)(6) deposition of Plaintiff Falls Lake National Insurance Company ("Falls Lake") filed by Defendants Best Interior Solution, Inc. ("Best"); Professional Interior Contracting, Inc. ("PIC"); Moneesha A. Sani 2019 Revocable Trust; and Broderick Storie is GRANTED. Falls Lake must designate a representative, either the same witness or a new witness, and ensure that the representative is fully prepared to explain its coverage position. The parties must complete the renewed 30(b)(6) deposition not later than **Friday, November 17, 2023.** The Clerk of Court is respectfully directed to close the open motion at Dkt. 96.

IT IS FURTHER ORDERED that for the reasons stated at the Conference, not later than **Friday, November 3, 2023**, Falls Lake must file a letter brief, **not to exceed five pages**, on the issue of whether, if PIC, an additional insured under Best's insurance policy, supervised Best, such supervision provides a basis to disclaim coverage. Defendants' joint response letter, **not to exceed five pages**, is due not later than **Friday, November 10, 2023**. Falls Lake's reply, **not to exceed 2 pages**, is due not later than **Tuesday, November 14, 2023**.

IT IS FURTHER ORDERED that for the reasons stated at the Conference, not later than **Friday, November 3, 2023**, Falls Lake may file a motion to amend the Complaint to assert an additional claim. Pursuant to the Undersigned's Individual Practices 4(F), motions for leave to amend pleadings must include as an exhibit a redlined version of the proposed amended pleading comparing the proposed revisions to the prior version of the pleading. Defendants' joint response is due not later than **Friday, November 10, 2023**. Falls Lake's reply is due not later than **Tuesday, November 14, 2023**.

IT IS FURTHER ORDERED that, upon a joint request, the Court is happy to refer the parties to their assigned Magistrate Judge for a settlement conference.

**SO ORDERED.**

Date: October 20, 2023
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**