

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/12/2024

CELEBRATING **25** YEARS

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*

———
*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
LOUISE FASANO
ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA
———
ASSOCIATES
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
WALDER THAME-TURNER
NICHOLAS MCGILL-BEHR

WRITER'S E-MAIL:
sverveniotis@msssv.com

March 12, 2024

WRITER'S DIRECT DIAL:
(516) 741-8488

Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

            **Re:**    **Falls Lake Nat. Ins. Co. v. Best Interior Solution, Inc. et al.**
                   **Docket No:**   **1:22-cv-09354 (VEC)**
                   <u>Our File No:   22-042                           </u>

Dear Judge Caproni:

       We represent the plaintiff, Falls Lake National Insurance Company ("Falls Lake"), in the above-referenced matter, and we write on consent of all parties to ask the Court to adjourn the March 22, 2024 conference.  The reason for this request is that I will be out of state that day. Counsel propose the following alternative dates of March 27 or 28.  This is a first request for an adjournment.

                         Respectfully submitted,
                         **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**
                         s/Steven Verveniotis

                         Steven Verveniotis

cc:  All counsel by ECF

Application GRANTED.  The status conference scheduled for Friday, March 22, 2024, at 10:00 A.M. is ADJOURNED to **Thursday, March 28, 2024, at 10:00 A.M.**

SO ORDERED.

3/12/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE