```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FALLS LAKE NATIONAL INSURANCE  :
COMPANY,  :
 :
                            Plaintiff,  :
       -against-  :         22-CV-9354 (VEC)
 :
BEST INTERIOR SOLUTIONS INC., ARTHUR  :         ORDER
J. BURKE, 301 EAST 81ST PH 20 INC.,  :
PROFESSIONAL INTERIOR CONTRACTING,  :
INC., SHWETA RAWAT, MONEESHA SANI  :
2019 REVOCABLE TRUST, BRODERICK  :
STORIE, PROFESSIONAL INTERIOR  :
CONTRACTING, INC., ICON REALTY  :
MANAGEMENT LLC, 301 EAST 80TH REALTY  :
LLC AND 1562/1564 SECOND REALTY LLC,  :
 :
                            Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 28, 2024, the parties appeared before the Court for a status conference (the "Conference");

IT IS HEREBY ORDERED that for the reasons stated at the Conference, Plaintiff's motion for summary judgment is due by no later than **Friday, April 26, 2024**. Defendants' joint opposition and cross-motion is due by no later than **Friday, May 24, 2024**. Plaintiff's opposition and reply is due by no later than **Friday, June 21, 2024**. Defendants' joint reply is due by no later than **Monday, July 8, 2024**. The parties are reminded to follow the Undersigned's Individual Practice 4(H) regarding the preparation of a Rule 56.1 Statement.

**SO ORDERED.**

Date:  March 28, 2024                             _____
        New York, New York                         **VALERIE CAPRONI**
                                                    **United States District Judge**