```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2025
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                                                    Plaintiff,

     -against-

BEST INTERIOR SOLUTION INC., ARTHUR J.
BURKE, 301 EAST 81ST PH 20 INC.,
SHWETA RAWAT,
MONEESHA A. SANI 2019 REVOCABLE TRUST,
BRODERICK STORIE, ICON REALTY
MANAGEMENT LLC, 301 EAST 80TH REALTY LLC,
and 1562/1564 SECOND REALTY LLC,

                                                  Defendants.
-------------------------------------------------------------------X

CIV: 22-cv-09354

**STIPULATION AND
ORDER AS TO
301 EAST 81ST PH 20 INC.
AND SHWETA RAWAT**

      Plaintiff FALLS LAKE NATIONAL INSURANCE COMPANY ("FALLS LAKE") and defendants 301 EAST 81ST PH 20, INC. ("301 East") and SHWETA RAWAT ("Rawat"), agree as follows:

      **WHEREAS**, FALLS LAKE filed this action seeking a declaration as to the denial of coverage to all defendants in this action under general liability policy numbered SKP 2003601 13, issued by FALLS LAKE to BEST INTERIOR SOLUTIONS INC., for the policy period of August 24, 2021 to August 24, 2022, as to all claims arising from work performed at 301 E. 81st Street, New York, NY 10028, by PROFESSIONAL INTERIOR CONTRACTING, INC., and/or BEST INTERIOR SOLUTIONS INC., including the property damage claims asserted in an action captioned <u>Arthur J. Burke v. 301 East 81st PH 20 Inc., Professional Interior Contracting, Inc. and Best Interior Solutions, Inc.</u>, which is pending in the Supreme Court of the State of New York, County of New York, under Index Number 154914/2022, and an action captioned <u>Privilege Underwriters Reciprocal Exchange v. Best Interior Solution, Inc. et al.</u>, Index Number

153782/2024, pending in the New York Supreme Court, New York County (collectively referred hereto as the "Underlying Actions"); and

WHEREAS, 301 East and Rawat having been adjudged as not covered under the policy of insurance numbered SKP 2003601 13, issued by FALLS LAKE to BEST INTERIOR SOLUTIONS INC., and 301 East and Rawat have asserted no claims arising from the work performed at 301 E. 81st Street, New York, NY 10028, by PROFESSIONAL INTERIOR CONTRACTING, INC., and/or BEST INTERIOR SOLUTIONS INC., and

WHEREAS, Falls Lake and defendants 301 East and Rawat have agreed to resolve all issues as between them in this action with prejudice and without costs or attorney's fees to either side and,

NOW THEREFORE, it is hereby **STIPULATED, ORDERED AND ADJUDGED** that all claims asserted in this action by plaintiff against 301 East and Rawat and by 301 East and Rawat against plaintiff, are hereby dismissed and discontinued, with prejudice and without costs to either party as against the other.

Dated: February 25, 2025

| | |
|---|---|
| MIRANDA SLONE SKLARIN VERVENIOTIS LLP | FOLEY & LARDNER, LLP |
| By: _____ | By: _____ |
| Steven Verveniotis, Esq. | Douglas S. Heffer, Esq. |
| 240 Mineola Boulevard | 90 Park Avenue |
| Mineola, NY 11501 | New York, NY 10016 |
| (516) 741-7676 | (212) 687-2329 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| FALLS LAKE NAT. INS. CO. | 301 EAST 81ST PH 20 INC. |
| | SHWETA RAWAT |

**SO ORDERED:**

_____
**HON. VALERIE CAPRONI, USDJ**

March 4, 2025

2