UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                                  Plaintiff,

            -against-

BEST INTERIOR SOLUTIONS INC., et al.,

                               Defendants.
------------------------------------------------------------------X

22-CV-9354 (VEC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at today's conference, the following briefing schedule applies to the issue of attorney's fees incurred in defense of this action: Defendants' opening brief is due **June 30, 2025**; Plaintiff's opposition is due **July 28, 2025**; and Defendants' reply, if any, is due **August 15, 2025.**

      On the issue of whether Plaintiff is responsible for the cost of independent counsel, Plaintiff is directed to file a letter brief by **June 12, 2025**. Defendants' response is due by **June 19, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               May 19, 2025

                                                            _____
                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge