UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                        Plaintiff,

        -against-

BEST INTERIOR SOLUTIONS INC., et al.,

                      Defendants.
------------------------------------------------------------------X

22-CV-9354 (VEC) (VF)

**ORDER RESCHEDULING
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference to discuss the issues raised at ECF Nos. 152, 155 and 156 is hereby rescheduled for **Tuesday, September 23, 2025, at 2:30 p.m**. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 161.

      SO ORDERED.

DATED:    New York, New York
              August 5, 2025

                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge