UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                            Plaintiff,

      -against-

BEST INTERIOR SOLUTIONS INC., et al.,

                          Defendants.
-------------------------------------------------------------------X

22-CV-9354 (VEC) (VF)

**ORDER RESCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference to discuss the issues raised at ECF Nos. 152, 155, and 156 is hereby rescheduled for **Wednesday, October 8, 2025, at 3:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 163.

      **SO ORDERED.**

DATED:    New York, New York
               September 15, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge