UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

                          Plaintiff,

          -against-

BEST INTERIOR SOLUTIONS INC., et al.,

                       Defendants.
-----------------------------------------------------------------X

22-CV-9354 (VEC) (VF)

**ORDER RESCHEDULING
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A status conference is rescheduled for **Wednesday, February 11, 2026, at 2:15 p.m.**

Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at

the scheduled time. **Please dial (646) 453-4442; access code [842 227 412#].**

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 172.

     **SO ORDERED.**

DATED:    New York, New York
            February 9, 2026

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge